Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

MOEN INCORPORATED,

                        Plaintiff,

   v.

UNITED STATES,

                        Defendant.

S U M M O N S

Court No. 22-00222

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                        /s/ Mario Toscano
                                          Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port(s) of Entry:  Norfolk (1401) | Center (if known):  Machinery CEE |
| Protest Number:  1401-22-106601 | Date Protest Filed:  March 7, 2022 |
| Importer:  Moen Inc. | Date Protest Denied:  April 8, 2022 |
| Category of Merchandise: Gasket Seals & Washers | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 30046381182 | 6/26/2019 | 3/20/2020 | 30046387882 | 7/2/2019 | 3/27/2020 |
| Please see attached continuation sheet on Form 1-3 ||||||

Wm. Randolph Rucker
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Randy.rucker@faegredrinker.com
(312) 569-1157

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Gasket Seals & Washers | Primary HTSUS 3926.90.4590 | 3.5% | Primary HTSUS 3926.90.4590 | 3.5% |
| | Secondary HTSUS 9903.88.03 | 10% or 25% | Secondary HTSUS 9903.88.18 | Free/Excluded from Section 301 duties |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Liquidation with assessment of Section 301 tariffs – the subject products are excluded from Section 301 tariffs. |

| |
|---|
| The issue which was common to all such denied protests: Exclusion from Section 301 tariffs. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Wm. Randolph Rucker
*Signature of Plaintiff's Attorney*

July 28, 2022
*Date*

Form 1-3

**SCHEDULE OF PROTESTS**

<u>Norfolk (1401)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 1401-22-106601 | 3/7/2022 | 4/8/2022 | 30046424693 | 7/26/2019 | 11/22/2019 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046456240 | 8/24/2019 | 3/20/2020 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046461760 | 8/30/2019 | 3/20/2020 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046486031 | 9/21/2019 | 3/6/2020 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046288429 | 3/13/2019 | 12/20/2019 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046344420 | 5/19/2019 | 2/14/2020 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046351292 | 6/3/2019 | 1/17/2020 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046361598 | 6/4/2019 | 2/28/2020 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046371886 | 6/16/2019 | 3/13/2020 |
| 1401-22-106717 | 5/9/2022 | 6/9/2022 | 30046436432 | 8/9/2019 | 4/17/2020 |
| 1401-20-102864 | 4/20/2020 | 2/15/2022 | 30046381182 | 6/26/2019 | 3/20/2020 |
| 1401-20-102923 | 4/22/2020 | 2/16/2022 | 30046424693 | 7/26/2019 | 11/22/2019 |
| 1401-20-102922 | 4/22/2020 | 2/16/2022 | 30046387882 | 7/2/2019 | 3/27/2020 |
| 1401-20-102926 | 4/22/2020 | 3/9/2022 | 30046436432 | 8/9/2019 | 4/17/2020 |
| 1401-20-102867 | 4/20/2020 | 3/9/2022 | 30046371886 | 6/16/2019 | 3/13/2020 |
| 1401-20-102870 | 4/20/2020 | 3/9/2022 | 30046288429 | 3/13/2019 | 12/20/2019 |
| 1401-20-102870 | 4/20/2020 | 3/9/2022 | 30046344420 | 5/19/2019 | 2/14/2020 |
| 1401-20-102869 | 4/20/2020 | 3/9/2022 | 30046351292 | 6/3/2019 | 1/17/2020 |
| 1401-20-102868 | 4/20/2020 | 3/9/2022 | 30046361598 | 6/4/2019 | 2/28/2020 |
| 1401-20-103243 | 5/19/2020 | 3/9/2022 | 30046486031 | 9/21/2019 | 3/6/2020 |
| 1401-20-103092 | 5/6/2020 | 3/9/2022 | 30046456240 | 8/24/2019 | 3/20/2020 |
| 1401-20-103094 | 5/6/2020 | 3/9/2022 | 30046461760 | 8/30/2019 | 3/20/2020 |

**Port Director of Customs,**
**U.S. Customs and Border Protection**
**Port of Norfolk**
**101 E. Main Street**
**Norfolk, VA 23510**

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.